# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| ANDRE D. CANNON, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. **2:20-cv-02094-EFM-JPO** |
| Plaintiff, | | |
| v. | | |
| AMARR COMPANY d/b/a AMARR GARARE DOORS, | | |
| Defendant. | | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Andre D. Cannon, and Defendant Amarr Company d/b/a Amarr Garage Doors, pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), jointly stipulate that Plaintiff's claims asserted against Defendant are dismissed with prejudice. Each party shall bear their own fees, costs, and expenses.

HKM EMPLOYMENT ATTORNEYS LLP

*/s/ John J. Ziegelmeyer III*
John J. Ziegelmeyer III    KS No. 23003
Brad K. Thoenen              KS No. 24479
1501 Westport Road
Kansas City, Missouri 64111
Tel: 816.875.3332
www.hkm.com
jziegelmeyer@hkm.com
bthoenen@hkm.com

*And*

THE LAWLER FIRM LLC

*/s/ Christopher J. Lawler*
Christopher J. Lawler        KS #21095
4510 Belleview Ave., Suite 202
Kansas City, Missouri 64111
Telephone: (816) 912-4700
chris@lawlerfirmllc.com
*Attorneys for Plaintiff*


JACKSON LEWIS, P.C.

*/s/ Karen R. Glickstein*
Karen R. Glickstein,         KS #14036
Janelle L. Williams          KS #25343
7101 College Blvd., Suite 1200
Overland Park, KS 66210
Tel: (913) 981-1018
Fax: (913) 981-1019
Karen.Glickstein@jacksonlewis.com
janelle.williams@jacksonlewis.com
*Attorneys for Defendant*

2